**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Adrian COLEMAN, Defendant-Appellant.**

No. 16-12970

Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(March 10, 2017)

Wifredo A. Ferrer, Adam C. McMichael, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Adrian Coleman, FCI Coleman Medium—Inmate Trust Fund, Coleman, FL, for Defendant-Appellant

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Randee J. Golder, appointed counsel for Adrian Coleman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to with- draw is **GRANTED**, and Coleman's conviction and sentence are **AFFIRMED**.